IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 21-cr-00392-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL STONEBARGER,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  Assistant U.S. Attorney Martha Ann Paluch has entered an appearance on behalf of the government in this case.  Due to the fact that I occasionally socialize with Ms. Paluch, I must recuse myself from this case.  It is therefore

    ORDERED that the clerk's office shall reassign this case by random draw.

    DATED November 23, 2021.

                                    BY THE COURT:

                                    _____

                                    PHILIP A. BRIMMER
                                    Chief United States District Judge