IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. <u>1:21-cr-00392-RM</u>

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(Name), DANIEL STONEBARGER

Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>    DANIEL STONEBARGER    </u>
(party name)

<u>                                 </u>
(party name)

DATED at Denver, Colorado this First day of December, 2021.

<u>        DANIEL R. PERLMAN    </u>
Name of Attorney

<u>        DANIEL PERLMAN LAW    </u>
Firm Name

<u>  1601 VINE STREET, SUITE 600  </u>
Office Address

<u>  LOS ANGELES, CA 90028  </u>
City, State, ZIP Code

<u>  310-557-1700  </u>
Telephone Number

<u>  daniel@danielperlmanlaw.com  </u>
Primary CM/ECF E-mail Address