# Cisco Meeting App Instructions

# Judge Wang

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://join.uc.uscourts.gov/invited.sf?secret=zB3F_NEXpGLvQGY0kFt8kg&id=003090105

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

  - Phone: 571-353-2300, then enter 003090105

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

  <u>Family Member/Public/Media "listen" to hearing:</u>

  Toll Free: 888-363-4749
  Access Code: 5738976#