DocuSign Envelope ID: F1A657AF-0250-4438-ABC9-1DAB62B3CD1C

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Daniel Stonebarger | ) | |
| | ) | 21CR392-RM |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/2/2021

*Daniel Stonebarger*
Defendant's signature

*Daniel Perlman*
Signature of defendant's attorney

Daniel Perlman
Printed name of defendant's attorney

*[signature]*
Judge's signature

Nina Y. Wang, U.S Magistrate Judge
Judge's printed name and title