Daniel R Perlman SBN 236278
1601 Vine Street, Los Angeles, CA 90028
Telephone: (310) 557-1700  Facsimile: (310) 388-3018
Email: daniel@danielperlmanlaw.com

Attorney for Daniel Stonebarger

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL STONEBARGER<br><br>    Defendant. | NO.: 1:21-cr-00392-RM-001<br><br>NOTICE OF DISPOSITION |

## **NOTICE OF DISPOSITION**

The defendant, Daniel Stonebarger, by and through undersigned counsel, Daniel Perlman, hereby notifies the Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing.

Respectfully submitted,

 s/Daniel R. Perlman
 DANIEL R. PERLMAN
 Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, I electronically filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch, Assistant United States Attorney
    Martha.Paluch@usdoj.gov
    Sarah Weiss, Assistant United States Attorney
    Sarah.Weiss@usdoj.gov

and I hereby certify that I have electronically mailed or served the document or paper to the following non CM/ECF participant in the manner indicated by the nonparticipant's name:

    Daniel Stonebarger (email)
    Denver, Colorado

                        s/Daniel R. Perlman
                        Daniel R. Perlman
                        Attorney for Defendant