IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL STONEBARGER,

    Defendant.

___

**ORDER SETTING CHANGE OF PLEA HEARING**
___

Pursuant to the Notice of Disposition filed on December 13, 2021 (ECF No. 14). A Change of Plea Hearing is set for **January 27, 2022** at **1:00 p.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 72 hours before the change of plea hearing**. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 16th day of December, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge