#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt<br>Probation:   n/a | Date:   January 27, 2022<br>Interpreter:   n/a |

**CASE NO.   21-cr-00392-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch<br>Sara Weiss |
| Plaintiff, | |
| v. | |
| 1.  DANIEL STONEBARGER, | Daniel Perlman |
| Defendant. | |

### COURTROOM MINUTES

**CHANGE OF PLEA – Video Teleconference (VTC)**
**COURT IN SESSION:        1:03 p.m.**

Appearances of counsel.   Defendant is present by VTC and on bond.

Preliminary remarks made by the Court.

The Court makes findings pursuant to the CARES Act and proceeding with this hearing by VTC.

Defendant sworn and answers true name.   Defendant is 49 years old.

Discussion held regarding the Waiver of Indictment (Doc. 10).

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Information.

Defendant pleads GUILTY to Count 1 of the Information.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **April 22, 2022, at 3:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order from the Court.

**ORDERED:** Defendant is continued on bond.

**COURT IN RECESS:** 1:58 p.m.
**Total in court time:** 00:55
**Hearing concluded**