PS 41
(7/93)

UNITED STATES PRETRIAL SERVICES OFFICE

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2022

JEFFREY P. COLWELL
CLERK

## PASSPORT RECEIPT

21-cr-392-RM-1

NAME Stonebarger, Daniel David

PASSPORT NUMBER 544929193

DATE REC'D _____

COUNTRY OF ORIGIN USA

EXPIRATION DATE 5 Jul 2026

DEFENDANT'S SIGNATURE [signature]

OFFICER'S SIGNATURE _____

DATE RETURNED 3/7/2022

REC'D BY Daniel D Stonebarger

REC'D FROM [signature] J. Salzman

PURPOSE RETURNED Per Order #25 - Travel

ADDRESS (if mailed)