PS 41
(7/93)

UNITED STATES PRETRIAL SERVICES OFFICE

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2022

JEFFREY P. COLWELL
CLERK

## PASSPORT RECEIPT

NAME  Stonebarger, Daniel David

PASSPORT NUMBER  544929193

DATE REC'D  _____

COUNTRY OF ORIGIN  USA

EXPIRATION DATE  5 Jul 2026

DEFENDANT'S SIGNATURE  /s/

OFFICER'S SIGNATURE  _____

DATE RETURNED  3/7/2022

REC'D BY  Daniel D Stonebarger

REC'D FROM  /s/ J. Salzman

PURPOSE RETURNED  Per Order #25 - Travel

ADDRESS (if mailed)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2022

JEFFREY P. COLWELL
CLERK

RETURNED TO CLERK'S OFFICE 3/15/21

/s/ Jesse Torres, Deputy Clerk

/s/ Daniel D Stonebarger
DEFENDANT