# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL STONEBARGER,

      Defendant.

---

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 22nd day of March 2022.

                      COLE FINEGAN
                      United States Attorney

                      *s/ Tonya S. Andrews*
                      Tonya S. Andrews
                      Assistant United States Attorney
                      United States Attorney's Office
                      1801 California Street, Suite 1600
                      Denver, Colorado 80202
                      Telephone: 303-454-0100
                      Fax: 303-454-0405
                      Email: tonya.andrews@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of March 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                                   s/ Sheri Gidan
                                                 FSA Records Examiner
                                                 Office of the U.S. Attorney