**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL STONEBARGER,

        Defendant.

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AND SPECIFIC ASSETS AGAINST DEFENDANT DANIEL STONEBARGER**

        THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment and Specific Assets (ECF No. 30) against defendant Daniel Stonebarger pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

        THAT on November 18, 2021, the United States charged defendant Daniel Stonebarger by Information in Count One with violation of Title 18, United States Code, Section 1343.  The Information also sought forfeiture of the following assets pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): 1) $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, Civil Case No. 21-mc-00138-SKC; 2) a 2016 Land Rover Range Rover seized in Civil Case No. 21-mc-00142-SKC; and (3) a money judgment in the amount of the proceeds obtained by the defendant's scheme; and

        THAT on January 27, 2022, the United States and defendant Daniel Stonebarger entered into a Plea Agreement, which provided that defendant would plead guilty to Count One of the

Information. It also contained a factual basis and cause to issue a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Daniel Stonebarger in the amount of the proceeds obtained by the defendant's scheme, shall be entered in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

THAT defendant's interest in the $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, Civil Case No. 21-mc-00138-SKC and the 2016 Land Rover Range Rover seized in Civil Case No. 21-mc-00142-SKC are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), based on the commission of the offense set forth in Count 1;

THAT Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

DATED this 22nd day of March, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge