## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  May 26, 2022 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation:  Meaghan Mills | |

**CASE NO.  21-cr-00392-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Martha Paluch |
| | Sarah Weiss |
| Plaintiff, | |
| v. | |
| 1.  DANIEL STONEBARGER, | Daniel Perlman |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     3:00 p.m.

Appearances of counsel.  Defendant is present and on bond.

Defendant entered his plea on January 27, 2022, to Count 1 of the Information.  The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions, objections, sentencing guideline calculations, restitution.

**ORDERED:**  Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 33) is GRANTED.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guideline range.

The Court states its findings and conclusions.

The Court takes a brief recess to confer with Ms. Mills about restitution.

**Court in recess:**     **4:28 p.m.**
**Court in session:**   **4:32 p.m.**

The Court states the restitution and civil money judgment amounts.

**ORDERED:**  Defendant's motion (Doc. 41) is DENIED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, DANIEL STONEBARGER, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **41 months.**

The Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility located in or near South Dakota, and that he be allowed to participate in RDAP.

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** in the amount of **$822,604.08 as stated on the record.  Interest on the restitution order is waived.**

**ORDERED:**  Judgment shall be entered in the amount of $882,794.50.  The defendant shall receive credit for the following:  $548,861.29, which was seized from bank account ending in 6774; the value of the 2016 Land Rover Range Rover; and $74,900, which are funds paid by the defendant's father.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED**:  Bond is continued.

**ORDERED:**   The defendant shall voluntarily surrender and report to the institution
designated by the Bureau of Prisons within 15 days from the date of
designation.

**Court in recess:**      **4:53 p.m.**
Hearing concluded.
Total time:            1:49