PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

✓ **Original Notice**
Date: 12/06/2021
By: C. Pommenville

X **Notice of Disposition**
Date: 5/26/2022
By: C. Pearson, Deputy Clerk

Defendant: Daniel Stonebarger
Date of Birth: ▇▇▇▇ 1972
SSN: Not Provided

Case Number: 21-cr-00392-RM-1
Place of Birth: California, USA

**Notice of Court Order** (Order Date:  12/02/2021  )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

✓ The above-named defendant surrendered passport number  544929193  and/or passport card number _____  to the custody of the U.S. District Court on  12/06/2021  .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

X Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court