IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00392-RM-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Daniel STONEBARGER,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

The Judgment imposed on May 26, 2022, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FPC Duluth. Accordingly,

IT IS ORDERED that Defendant, Daniel STONEBARGER, shall surrender himself by reporting to the Warden at the FPC Duluth, located at 4464 Ralston Drive, Duluth, MN 55811 on June 21, 2022, by 12:00 p.m.
Travel will be at his own expense.

DATED at Denver, Colorado, this __9th__ day of June, 2022.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge