IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DANIEL STONEBARGER,

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 53).  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 1343, as set forth in the Information on November 18, 2021;

THAT a Preliminary Order of Forfeiture as to defendant Daniel Stonebarger was entered on March 22, 2022;

THAT all known interested parties were provided an opportunity to respond and that publication has been completed as required by Fed. R. Crim. P. 32.2(b)(6);

THAT the time for any third party to file a petition has elapsed;

THAT no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the United States' Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture for the $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, and the 2016 Land Rover Range Rover, VIN #SALWR2EFXGA577611 is hereby entered.

THAT the United States shall have full and legal title to the forfeited $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, and the 2016 Land Rover Range Rover, VIN #SALWR2EFXGA577611 and may dispose of them in accordance with law.

DATED this 3rd day of August, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge