IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00392-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL STONEBARGER,

    Defendant.

## JUDGMENT OF FORFEITURE

Pursuant to Final Order of Forfeiture entered by Judge Raymond P. Moore on August 3, 2022, the following Judgment of Forfeiture is hereby entered.   It is

ORDERED that judgment of forfeiture for the $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, and the 2016 Land Rover Range Rover, VIN #SALWR2EFXGA577611 is hereby entered.   It is

FURTHER ORDERED the United States shall have full and legal title to the forfeited $548,861.29 in fraud proceeds from the defendant's bank account ending in 6774, account title Finish Armor, LLC, and the 2016 Land Rover Range Rover, VIN #SALWR2EFXGA577611 and may dispose of them in accordance with law.

DATED at Denver, Colorado, this 3rd day of August, 2022.

                                                     JEFFREY P. COLWELL
                                                   Clerk of the U.S. District Court

                                                   By:   s/C. Pearson, Deputy Clerk